# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131994(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRUMON DONTAE CANNON,
      Defendant-Appellant.
_____

SC: 131994
COA: 259532
Saginaw CC: 04-024226-FC

      On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing their brief and appendix is considered and the time is extended to November 20, 2007.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

_____
Clerk